UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:95-cr-00142-2 |
| ) | |
| RICARDO RIOJAS, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENT TO MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**

Ricardo Riojas ("Riojas"), by and through the undersigned counsel, respectfully submits this Supplement to Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A). On June 28, 2019, Riojas filed for § 3582(c)(1)(A) relief based on the First Step Act of 2018 and extraordinary and compelling circumstances. (Docket Entry 6443). Riojas wishes to supplement his current motion with updated medical records–which will be filed separately under seal of court–for the Court's consideration.

Respectfully submitted,

/s/ Jeremy Gordon
Jeremy Gordon
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, TX 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com
TX Bar No. 24049810

*Counsel for Ricardo Riojas*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was duly served on all counsel of record via the Court's CM/ECF system this 3rd day of January 2020.

/s/ Jeremy Gordon