United States District Court
Southern District of Texas

**ENTERED**

February 21, 2020

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:95-CR-142-2 |
| | § | |
| RICARDO RIOJAS, | § | |
| *Defendant.* | § | |

**ORDER**

The Court has before it a Motion for Reduction of Sentence under the First Step Act (Doc. No. 6443). The Court has reviewed the motion and the record, including the recent medical records, and hereby denies the motion. This denial is **without prejudice** should the circumstances (including Riojas' medical situation) change.

SIGNED at Houston, Texas this 21st day of February, 2020.

Andrew S. Hanen
United States District Judge